The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on February 2, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: February 2, 2018**



# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Michael Joseph Brzeski | ) | Case No. 16-10809 |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |
| | ) | |
| | ) | **ORDER GRANTING MOTION** |
| | ) | **TO MODIFY CHAPTER 13 PLAN** |

This matter is before the Court on Debtor's Motion to Modify his Chapter 13 Plan, filed on October 10, 2017, at Doc. No. 49. The Court finds that all parties have been served, that no party has filed an objection or response to Debtor's Motion, or that any such response has been withdrawn or overruled, and it therefore is appropriate to grant the relief requested.

The Court finds the Debtor's motion well taken and the same is hereby **GRANTED**.

**IT IS SO ORDERED.**

# # #

1

Respectfully Submitted,

/s/ Brian D. Flick
Brian D. Flick (0081605)
Marc E. Dann (0039425)
DannLaw
PO Box 6031040
Cleveland, OH 44103
216/373-0539
216/373-0536 - fax
notices@dannlaw.com
Attorneys for Debtor


To be served:

US Trustee
(via ECF notice)

Lauren A. Helbling, Chapter 13 Trustee
(via ECF notice)

Craig H. Shopneck, Bankruptcy Trustee
Ch13shopneck@ch13cleve.com

Steven H. Patterson, Esq., for Creditor Beneficial Financial, Inc.
(via ECF notice)

Chrysostomos E. Manolis, Esq., for Creditor HSBC Bank, USA
(via ECF notice)

Peritus Portfolio Services II, LLC / NCEP, Creditor
(via ECF notice)

Dennis A. Rotman, Esq., for Creditor Dennis A. Rotman
(via ECF notice)

Select Portfolio Servicing, Inc., Creditor
(via ECF notice)

All creditors.